# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| **NOAH HOOPER**<br>*Plaintiff*<br>v.<br>**UDR, INC.; PACIFIC LOS ALISOS LLC; COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS**<br>*Defendant* | Civil Action No. 8:26-cv-02634 |

## AFFIDAVIT OF SERVICE

I, Jason Newberger, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to UDR, INC. in Douglas County, CO on October 6, 2026 at 2:59 pm at 1745 Shea Center Dr, Ste 200, Highlands Ranch, CO 80129-1540 by leaving the following documents with Sarah Carlson who as Vice President Legal Operations and Corporate Counsel is authorized by appointment or by law to receive service of process for UDR, INC..

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
ORDER RETURNING CASE FOR REASSIGNMENT
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
STANDING ORDER

Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.5544903,-105.0092017
Photograph: See Exhibit 1

Total Cost: $89.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ Jason Newberger

Jason Newberger - +1 (303) 579-6521

Executed in

Adams County,

CO on 10/7/2026.


Exhibit 1a)
10/6/2026 2:59 pm MDT
1745 Shea Center Dr, Ste 200, Highlands Ranch, CO 80129-1540
39.5544903, -105.0092017
SUITE 200
UDR


Exhibit 1b)
10/6/2026 2:59 pm MDT
1745 Shea Center Dr, Ste 200, Highlands Ranch, CO 80129-1540
39.5544903, -105.0092017