# UNITED STATES DISTRICT COURT

for the
Central District of California

**NOAH HOOPER**

*Plaintiff*

v.

**UDR, INC.; PACIFIC LOS ALISOS LLC; COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS**

*Defendant*

Civil Action No. 8:26-cv-02634

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Pacific Los Alisos, LLC in Sacramento County, CA on October 8, 2026 at 9:53 am at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Maddie Bright who as Intake Specialist at CSC-Lawyers Incorporating Service Company is authorized by appointment or by law to receive service of process for Pacific Los Alisos, LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
ORDER RETURNING CASE FOR REASSIGNMENT
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
STANDING ORDER

Additional Description:
Maddie Bright

Geolocation of Serve: https://google.com/maps?q=38.6167761769,-121.5172096194

Photograph: See Exhibit 1

Total Cost: $99.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Yolo County, CA on 10/9/2026.

/s/ Seth Kinmont

Seth Kinmont - +1 (310) 623-9172
Registration No.: 2026-044
Registration County: Sacramento County


Exhibit 1a)
10/8/2026 9:53 am PDT
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6167762, -121.5172096